THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONNIE WILLIAMS, Defendant-Appellant.

(No. 74-243;

Third District—September 19, 1974.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Michael Mihm, State's Attorney, of Peoria, for the People.

*In re* ANNEXATION OF CERTAIN TERRITORY TO THE VILLAGE OF DOWNERS GROVE—(ROBERT J. DEWIRE *et al.*, Petitioners-Appellees, *v.* THE CITY OF DARIEN *et al.*, Objectors-Appellants.)

(No. 72-347;

Second District—September 18, 1974.